IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERTO VALMIRO, | | No. CIV S-10-3153-CMK-P |
| | Petitioner, | |
| | vs. | ORDER |
| K. ALLISON, | | |
| | Respondent. | |
| _____/ | | |

   Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the denial of parole. Consequently, the instant petition is one for review of the execution of a sentence imposed by a California state court. See Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th Cir. 2005) (denial of parole is "a decision 'regarding the execution' of" a prison sentence). As a general rule, "[t]he proper forum to challenge the execution of a sentence is the district where the prisoner is confined." Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). Petitioner is incarcerated at Avenal State Prison, located in Kings County, which is part of the Fresno division of this court. See Local Rule 120(b). Because the Sacramento division is not the proper division, this action will be transferred to the Fresno division.

1       Accordingly, IT IS HEREBY ORDERED that this action is transferred to the
2 United States District Court for the Eastern District of California sitting in Fresno.

4  DATED: December 8, 2010

                                                        /s/ Craig M. Kellison
                                             **CRAIG M. KELLISON**
                                             UNITED STATES MAGISTRATE JUDGE